# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

ADAM ROYCE BIGNELL           Case No. 23-42939-tjt
                                                     Chapter 11
                                                     Judge Thomas J. Tucker

                 Debtor.
_____/

## ORDER EXTENDING TIME TO FILE DOCUMENTS

This case is before the Court under LBR 9006-1 (E.D. Mich.), the Debtor and the United States Trustee having stipulated to the entry of this Order allowing an extension of time to file the following:

- ■ Balance Sheet
- ■ Statement of Financial Affairs
- ■ Cash Flow Statement
- ■ Federal Income Tax Return
- ■ Equity Security Holders List
- ■ Statement of Operation
- ■ Declaration Concerning Debtor's Schedules
- ■ Summary of Schedules
- ■ Schedules A, B, D, E, F, G, H, I and J
- ■ Statistical Summary of Certain Liabilities and Related Data
- ■ Attorney compensation disclosure statement

and the Court finding good case to enter this Order;

**IT IS ORDERED** that the Debtor is granted an extension of time to file the above referenced documents to **April 24, 2023**,

**IT IS FURTHER ORDERED** that in the event Debtor fails to file the remaining documents or fails to move for entry of an order further extending the filing time, the United States Trustee may file an affidavit attesting to the failure to file the documents and the failure to file a motion extending time, and may submit a proposed order dismissing this case, and the case may be thereafter dismissed without further hearing or notice.

**IT IS FURTHER ORDERED** that the documents and reports requested by the United States Trustee in preparation for the Initial Debtor Interview, scheduled for April 18, 2023, remain due prior to such date.

**Signed on April 13, 2023**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**