UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ADAM ROYCE BIGNELL

                Debtor.

_____/

Case No. 23-42939-tjt
Chapter 11, Subchapter V
Hon. Thomas J. Tucker

## STATEMENT REGARDING FINANCIAL DOCUMENTS

Adam Bignell, Debtor-in-Possession ("Debtor") in the above captioned case, states as follows, under penalty of perjury:

Debtor has not prepared and does not possess the following documents:

1. Balance Sheet
2. Cash Flow Statement
3. Statement of Operations
4. Equity Security Holders List

Dated: April 24, 2023          /s/ Adam Royce Bignell_____
                                           Adam Royce Bignell


Respectfully Submitted,

Dated: April 24, 2023          **OSIPOV BIGELMAN, P.C.**

                                           /s/ Anthony J. Miller_____
                                           YULIY OSIPOV (P59486)
                                           ANTHONY J. MILLER (P71505)
                                           Counsel for Debtor
                                           20700 Civic Center Dr., Ste. 420
                                           Southfield, MI 48076
                                           Tel: (248) 663-1800 / Fax: (248) 663-1801
                                           Email: yo@osbig.com / am@osbig.com