# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

ADAM ROYCE BIGNELL

Case No. 23-42939-tjt

Chapter 11
Hon. Thomas J. Tucker

Debtor.

_Adam Royce Bignell_ /

## DECLARATION OF MICHAEL BIGNELL

I, Michael Bignell, declare as follows:

1. I am the father of Adam Royce Bignell, the Debtor in this case.

2. I have reviewed the terms of the proposed Order Confirming Debtor's Subchapter V Plan of Reorganization ("Confirmation Order").

3. I intend to assist the Debtor by funding the payments on the Franklin Unsecured Claim and the USA Secured Claim, as described in the Confirmation Order.

Executed on 10-3-23

_Michael Bignell_

Michael Bignell

## Acknowledgement

Acknowledged by Janel Cunningham before me on the 3rd day of Oct., 2023

Signature: Jnl J. Cnningham

Printed name: Janel J Cunningham

Notary public, State of Michigan, County of Kalamazoo

My commission expires August 10th - 2029

Acting in the County of Kalamazoo (Included when performing a notarial act outside of the Notary's county of commission)

```
JANEL J CUNNINGHAM
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF KALAMAZOO
My Commission Expires August 10, 2029
Acting in the County of Kalamazoo
```